PROB 12C
(7/93)

Report Date:  October 20, 2015

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jesse Ashton Ramos        Case Number: 0980 2:12CR00139-RMP-2

Address of Offender:                          ,Wellpinit, Washington 99040
Mailing Address:            Wellpinit, Washington 99040

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, Chief U.S. District Judge

Date of Original Sentence: May 28, 2013

Original Offense:          Theft from an Indian Tribal Organization Under $1,000, 18 U.S.C. § 1163

Original Sentence:         Probation: 60 months        Type of Supervision: Probation

Asst. U.S. Attorney:       Caitlin A. Baunsgard         Date Supervision Commenced: May 28, 2013

Defense Attorney:         Federal Defenders Office       Date Supervision Expires: May 27, 2018

---

## PETITIONING THE COURT

### To issue a summons.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 14**: You shall complete 240 hours of community service work, at the rate of not less than 20 hours per month at a not-for-profit site approved in advance by the supervising probation officer.  The hours are to be completed in full no later than July 1, 2014. |
| | **Supporting Evidence**: As of the date of this violation report, Mr. Ramos has submitted documentation indicating he has completed 192.25 hours of community service. |

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:      October 20, 2015

s/Erik Carlson

Erik Carlson
U.S. Probation Officer

**Prob12C**
**Re: Ramos, Jesse Ashton**
**October 20, 2015**
**Page 2**

THE COURT ORDERS

[　]　No Action
[　]　The Issuance of a Warrant
[　]　The Issuance of a Summons
[ X ]　Other

     No later than fourteen days after the date of this Order, Mr. Ramos is ordered to provide a written explanation to his supervising probation officer as to why he has not yet completed his hours of community service, along with a particularized plan as to how Mr. Ramos will complete his required hours of community service.

_____
Signature of Judicial Officer

October 21, 2015
_____
Date